AL SMITHSON, Esq.
830 23rd Street
San Diego, California 92102
(619) 234-8729
Attorney State Bar No. 51611
Attorney for Material Witness:
ERMELINDO OLLUA-NAVA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable LOUISA PORTER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSALIO ALATORRE, Jr,<br>OSCAR IGNACIO BARRERA-SANTANA<br><br>Defendants. | CRIMINAL CASE 08CR1551-JAH<br>MAGISTRATE CASE 08MJ1421-POR<br>DATE: June 10, 2008<br>TIME: 2:00 P.M.<br>COURTROOM H<br><br>PROOF OF SERVICE |

I.

INTRODUCTION

I, the undersigned, state:

That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

That my business address is: 830 23rd Street, San Diego, California 92102;

That I served the NOTICE OF MOTION and MOTION FOR VIDEOTAPE DEPOSITION OF MATERIAL WITNESS; DECLARATION OF ATTORNEY IN SUPPORT OF MOTION FOR VIDEOTAPE DEPOSITION OF MATERIAL WITNESS;

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SETTING VIDEOTAPE DEPOSITION OF MATERIAL WITNESS on counsel involved in this matter. These documents have been served on counsel of record and the AUSA via the Court's email notification system.**

**I certify under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2008, at San Diego, California.**

/s/ Al Smithson
AL SMITHSON, Attorney
For Material Witness